1004

[No. 33282-9-III.   Division Three.   July 12, 2016.]

EILEEN EDDY, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 14-2-00214-7, David Frazier, J., entered March 26, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[Nos. 33532-1-III; 33533-0-III;   Division Three.   July 12, 2016.]
    33534-8-III; 33535-6-III.

*In the Matter of the Guardianship of* P.M. ET AL.

Appeals from a judgment of the Superior Court for Spokane County, No. 14-7-01825-1, Michelle L. Ressa, J. Pro Tem., entered May 15, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 32113-4-III.   Division Three.   July 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS A. AVILA, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 12-1-00078-8, William D. Acey, J., entered December 11, 2013. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 72821-1-I.   Division One.   July 18, 2016.]

DANIEL SCHULTE ET AL., *Respondents*, v. MARK W. MULLAN ET AL., *Defendants*, THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-35695-3, Jeffrey M. Ramsdell, J., entered November 10, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, J., and Lau, J. Pro Tem.